Mark T. McClenning, SBN 206177
LAW OFFICES OF MARK T. McCLENNING
725 North Sycamore Avenue, Suite 21
Los Angeles, CA 90038
Telephone: (323) 924-5933
McClenningLaw@ca.rr.com
Attorneys for Plaintiff, OLIVIA LEE

JS - 6

Stephen H. Turner, SBN 89627
turner@lbbslaw.com
Patrik Johansson, SBN 231769
johansson@lbbslaw.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: (213) 250-1800
Attorneys for Defendant, Credit Bureau Collection Services, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLIVIA LEE, an individual,<br><br>  Plaintiff,<br><br>v.<br><br>CREDIT BUREAU COLLECTION SERVICES, INC., d.b.a. CBCS, an Ohio Corporation,<br><br>  Defendant. | CASE NO.: CV-07-03533 VBF (Ex)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE BASED UPON PARTIES STIPULATION** |

Based on the parties Joint Stipulation filed concurrently herewith, this Court hereby Orders Plaintiff Olivia Lee's Complaint against Defendant, CREDIT BUREAU COLLECTION SERVICES, INC. to be, and herewith is, dismissed WITH prejudice in accordance with the terms of the settlement agreement between the parties.

DATED: August 13, 2008     BY: _/s/ Valerie Baker Fairbank_

                                             DISTRICT COURT JUDGE

4827-1129-9330.1

-1-

PROPOSED ORDER